Jack R. Nelson (SBN 111863)
Gary A. Jeffrey (SBN 124518)
Erik T. Atkisson (SBN 205847)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Dey, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEY L.P., | No.: C 05-04965 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REMANDING PROCEEDINGS TO STATE COURT** |
| vs. | |
| INGENIX PHARMACEUTICAL SERVICES, INC., dba i3 RESEARCH; QUINTILES, INC.; QUINTILES CLINICAL SUPPLIES AMERICAS, INC., | |
| Defendants. | |

Pursuant to Civil Local Rules 7-1 and 7-11, the parties to this action, through their counsel, present this stipulation and proposed order.

## STIPULATION

Plaintiff Dey, L.P. is a limited partnership organized and existing under the laws of the State of Delaware. Dey, L.P.'s partners, Dey, Inc. and Dey Limited Partner, Inc., are corporations organized and existing under the laws of the State of Delaware. Thus, Dey, L.P. is a citizen of the State of Delaware for the purposes of determining federal diversity jurisdiction. Because two defendants are also citizens of the State of Delaware, no federal diversity jurisdiction exists and the parties have agreed to enter this stipulation to remand this action.

DATED: December 14, 2005

REED SMITH LLP

By _____
Gary A. Jeffrey
Attorneys for Dey, L.P.

DATED: December 13, 2005.

SEYFARTH SHAW LLP

By _____
Robert S. Niemann
Attorneys for Quintiles Inc., Aptuit (Mount Laurel), Inc. (f/k/a Quintiles Clinical Supplies Americas, Inc.), and Aptuit Inc.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that this case be and hereby is remanded to the Superior Court of the State of California in and for the County of Napa for further disposition.

DATED: December 15, 2005

_____
UNITED STATES DISTRICT JUDGE